FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 JUL 18 PM 3:08

CLERK... DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18Cr338 T35 AEP
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)

ISAIAH SETH CLARK

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 27, 2018, in the Middle District of Florida, the defendant,

ISAIAH SETH CLARK,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about June 27, 2018, in the Middle District of Florida, the defendant,

ISAIAH SETH CLARK,

did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT THREE

On or about June 27, 2018, in the Middle District of Florida, the defendant,

ISAIAH SETH CLARK,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Trafficking in heroin, on or about January 29, 2016;
2. Sale of cocaine, on or about February 17, 2016; and
3. Possession of cocaine, on or about February 17, 2016,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Sig Sauer 9mm firearm and 9mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

2

## **FORFEITURE**

1. The allegations contained in Counts One, Two, and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. §§ 924(c) and 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: a Sig Sauer 9mm firearm and 9mm ammunition.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Taylor G. Stout
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
July 18

No. 

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ISAIAH SETH CLARK

## INDICTMENT

Violations: 18 U.S.C. § 841(a)(1),
18 U.S.C. § 924(c)(1)(A)(i), and
18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 18 day of July 2018.

_____
Clerk

Bail $_____

GPO 863 525